00 4174

Order issued: September *24*, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00248-CV

## IN RE: LUAN LE A/K/A JOHN DOE

## ORDER

We **GRANT** appellee's September 17, 2012 second motion for an extension of time to file a brief. Appellee shall file its brief on or before October 15, 2012. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

_____
CAROLYN WRIGHT
CHIEF JUSTICE